IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KLM & M, LLC; VEIN CARE PAVILION OF THE SOUTH, LLC; and THE ESTATE OF KEITH L. DAVIS, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 114-216 |
| VCP 2 AUGUSTA, P.C.; VCP ATLANTA, P.C.; MARY ANNE ROTH, Individually and as Personal Representative of THE ESTATE OF STEVEN M. ROTH; VCP SOUTH, LLC; VCP ATLANTA, LLC; VCP NASHVILLE, LLC; BELAIR MANAGEMENT SERVICES, LLC; KELLY VANN; and VCP KNOXVILLE, P.C., | * * * * * * * * * * | |
| Defendants. | * | |

ORDER

On January 27, 2015, the Court held a hearing on Defendants' Motion to Stay. (Doc. 16.) In that motion, Defendants asked the Court to stay this action on abstention grounds, as many of the same parties have been involved in similar litigation in the Superior Court of Columbia County, Georgia since 2010. After fully considering the parties' filings and oral arguments, the Court found that Colorado River[1] abstention is inappropriate in this case. For the reasons stated on the record, the Court **DENIES** Defendants' Motion to Stay. (Doc. 16.) The Court further **DIRECTS**

---

[1] Colo. River Water Conservation Dist. v. United States, 424 U.S. 800 (1976); see also Ambrosia Coal & Constr. Co. v. Pagés Morales, 368 F.3d 1320 (2004).

the parties to newly prepare and re-submit a Rule 26(f) report by 5:00 PM on **THURSDAY, FEBRUARY 12, 2015**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of January, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2