IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KLM & M, LLC; VEIN CARE PAVILION OF THE SOUTH, LLC; and THE ESTATE OF KEITH L. DAVIS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 114-216 |
| VCP 2 AUGUSTA, P.C.; VCP ATLANTA, P.C.; MARY ANNE ROTH, Individually and as Personal Representative of the ESTATE OF STEVEN M. ROTH, Deceased; VCP SOUTH, LLC; VCP ATLANTA, LLC; VCP NASHVILLE, LLC; BELAIR MANAGEMENT SERVICES, LLC; KELLY VANN; and VCP KNOXVILLE, P.C., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiffs move the Court to reconsider its May 1, 2015 Order denying Plaintiffs leave to amend because it did not rule on the issue of adding three new Defendants to its trademark infringement claim. (See doc. nos. 50, 53.) Defendants do not oppose the motion. Upon consideration, the Court **GRANTS** the motion for reconsideration and **GRANTS** Plaintiffs leave to amend to add the three Defendants to their trademark infringement claim as originally requested in their motion for leave to amend. Plaintiffs shall have seven days from

the date of this Order to file an amended complaint in accordance with this Order as a stand-alone entry on the docket.

SO ORDERED this 11th day of May, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA