IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KLM & M, LLC, VEIN CARE PAVILION OF THE SOUTH, LLC, and the ESTATE OF KEITH L. DAVIS, | * | |
| Plaintiffs, | * | |
| v. | * | 1:14-cv-216 |
| VCP 2 AUGUSTA, P.C., et al., | * | |

O R D E R

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 80). The parties indicate that they have settled this case and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all pending claims and counterclaims. (Id.). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims and counterclaims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of October, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA